Case 2:25-cv-00876-DJC-AC   Document 4   Filed 04/02/25   Page 1 of 2

FILED
APR 02 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Kimberly R. Olson, In Pro Per
PO Box 243
Hornbrook, CA 96044

THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly R. Olson, | Case No: **2:25-cv-00876 DJC AC PS** |
| Plaintiff, | MOTION FOR ADMINISTRATIVE RELIEF |
| vs. | REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| Law Office of Joseph M. Ahart, Inc. et al, Defendants, | |

## I. Request for Extension of Time.

Plaintiff Kimberly R. Olson an extension of time of an additional 60 days within which to complete the writing of objections to the order by the Hon. Allison Claire issued on March 21, 2025, and entered on March 24, 2025 as ECF #3. Plaintiff respectfully informs the Court of the following circumstances establishing good cause:

Plaintiff is disabled[1], impoverished, does not own a car, lives in a rural area[2], and must travel some 50 miles to Medford, OR in order to visit the nearest law library[3], and to use public internet, computer, and printing facilities. As Plaintiff can only very occasionally arrange and afford such transportation to Medford for her research and preparation/printing of documents, so Plaintiff is severely disadvantaged in so doing, and can only sit for a maximum of a few hours on those days she can get to the city.

Plaintiff's health issues relating to her mobility and pain/function levels have become

---

[1] Plaintiff has undergone multiple spinal fusions, and a cervical fusion, uses a cane and walker, and is frequently bedridden. Plaintiff also has a drug-delivery device implanted in her abdomen which delivers a blend of powerful medications directly into her spinal fluid, and which requires frequent monitoring, reprogramming, and refilling.
[2] Plaintiff is a resident of Hornbrook, CA, a non-incorporated group of houses, church, bar, and a gas station, comprising some 500 residents that is about 8 miles from the Oregon border.
[3] The law library in the Yreka, CA Courthouse (about 17 miles away) was closed due to lack of funding some years ago.

Motion for Administrative Relief - 1

more acute due to the "opioid crisis" and the subsequent overreaction and politicalization of medical treatments involving opioids - most of which seems to entail a knee-jerk reaction to simply cut everyone off of opioid treatments no matter the circumstances - over the past few years.

As a result of significant reduction in her medications due to the adoption by all physicians of the draconian dosage levels found in the CDC "guidelines" concerning opioid prescribing, Plaintiff now suffers from frequent episodes of sudden-onset, extreme pain which render her completely unable to function in a coherent fashion. These episodes can last anywhere from minutes to days, and she is completely depended on care providers for personal support, care, and assistance with even the smallest tasks during those periods.

In view of these negative circumstances, Plaintiff requests that the Court an extension of time of an additional 60 days from date of any order approving her continuance request, within which to complete the writing of objections tot he order by the Hon. Allison Claire on March 21, 2025.

As no defendants have been served in this matter, no prejudice will befall any party as a result of the contemplated extension.

Respectfully submitted this 30 day of March, 2025

Kimberly R. Olson, Plaintiff Pro Se
PO Box 243, Hornbrook, CA 96044
530-475-3669

Motion for Administrative Relief - 2