**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON, | No.  2:25-CV-0876-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| LAW OFFICE OF JOSEPH M. AHART, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 20, 2026, the Magistrate Judge filed amended findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the amended findings and recommendations have been filed.

The Court has reviewed the file and finds the amended findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    The amended findings and recommendations filed April 20, 2026, ECF No. 14, are adopted in full.

2.    This action shall proceed on the following claims as against the named defendants: (a) Plaintiff's federal claims under Title II of the Americans with Disabilities Act; (b) Plaintiff's state law claims for breach of contract, breach of fiduciary duty, violation of the Unruh Civil Rights Act, and violation of California Government Code § 11135.

3.    All other claims are dismissed for failure to state a claim upon which relief can be granted.

4.    This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:    **May 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2