**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON,<br>Plaintiff,<br>v.<br>LAW OFFICE OF JOSEPH M. AHART, INC., et al.,<br>Defendants. | No. 2:25-CV-0876-DJC-DMC<br><br><u>ORDER</u> |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed. Nor has Plaintiff taken any action to comply with the Order that she supply the United States Marshal with documents necessary to effectuate service. (ECF No. 15.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 29, 2026, ECF No. 19, are adopted in full.

2. This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders.

3. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: **September 4, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE